822

No. 129.  LAKEN v. CORNMESSER.  Appellate Court of Illinois, Second District.  Certiorari denied.  *John R. Snively* for petitioner.

No. 136.  GRIFFIN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.  *Samuel A. Cann* and *Julian Hartridge, Jr.*, for petitioner.  *Solicitor General Cox* for the United States.

No. 137.  STRAIGHT ET AL., DOING BUSINESS AS PRYOR HAY & GRAIN CO., ET AL. v. JAMES TALCOTT, INC.  C. A. 10th Cir.  Certiorari denied.  *L. Keith Smith* and *Josh J. Evans* for petitioners.  *David R. Milsten* for respondent.

No. 141.  RED BALL MOTOR FREIGHT, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.  *Charles D. Mathews, Allen P. Schoolfield, Jr.*, and *J. Parker Connor* for petitioner.  *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 142.  FLORIDA EX REL. FOX v. WEBSTER.  District Court of Appeal of Florida, Third District.  Certiorari denied.  *Paul A. Louis* for petitioner.  *Everett H. Dudley, Jr.*, for respondent.

No. 143.  CHRAMEK v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  *Paul T. McHenry, Jr.*, for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 147.  BERLIN ET AL. v. E. C. PUBLICATIONS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.  *Julian T. Abeles* for petitioners.